**Electronically Filed
Supreme Court
SCWC-10-0000004
10-NOV-2010
03:43 PM**

NO. SCWC-10-0000004

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

—————————————

ALVIN JARDINE, Petitioner/Petitioner-Appellant,

vs.

CLAYTON FRANK, Director, Public Safety, State of Hawai'i;
TODD THOMAS, Warden, Saguaro Correctional Center,
Elroy, Arizona, Respondents/Respondents-Appellees.

—————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29907; SPP NO. 08-1-0018l CR. NO. 91-0004)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Petitioner-Appellant Alvin Jardine's

application for writ of certiorari filed on September 27, 2010,

is hereby rejected.

DATED:  Honolulu, Hawai'i, November 10, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

Alvin Jardine,
petitioner/petitioner-
appellant, pro se,
on the application.

—————————————

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Sakamoto, assigned by reason of vacancy.